UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>KAREN GIKAS, Special Agent, Immigration )<br>and Customs Enforcement, U.S. Department )<br>of Homeland Security, and )<br>UNKNOWN AGENTS, Immigration and )<br>Customs Enforcement, U.S. Department )<br>of Homeland Security, )<br>)<br>Defendants. )<br>) | C. A. No.: 07-1068 (HHK) |

**FIRST MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Karen Gikas and defendants Unknown Agents, Immigration and Customs Enforcement, U.S. Department of Homeland Security, by counsel, hereby move for a thirty day enlargement of time in which to file their responses to the complaint filed by plaintiff pro se Antoine Jones. The requested enlargement is justified because undersigned counsel only recently obtained individual capacity representation authority for defendant Gikas from the Department of Justice, and needs additional time to meet with her and representatives of Immigration and Customs Enforcement with regard to preparation of a response to the Complaint in this case. In addition, although requests have been made to Immigration and Customs Enforcement for the files and documentation necessary to prepare responses for these defendants, undersigned counsel has not yet received this information.

The requested thirty day enlargement of time for the filing of defendants' responses to the complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this first request for an enlargement to respond to the complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that the deadline for filing a responsive pleading in this case be enlarged from August 31, 2007 to October 1, 2007.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Antoine Jones
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986

this 27th day of August, 2007.

_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINE JONES,** | ) | |
| | ) | |
| Plaintiff pro se, | ) | C. A. No.: 07-1068 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| **KAREN GIKAS**, Special Agent, Immigration and Customs Enforcement, U.S. Department of Homeland Security, and **UNKNOWN AGENTS**, Immigration and Customs Enforcement, U.S. Department of Homeland Security, | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) ) ) | |

## ORDER

**UPON CONSIDERATION** of defendants's first motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before October 1, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.