CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES ) | |
| ) | |
| Plaintiff ) | Civil Case Number 07-1068(RJL) |
| ) | |
| v. ) | |
| ) | Category    F |
| KATERINA GIKAS, et al. ) | |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 6, 2007</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Reassigned as related to 07-1027)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
<u>Judge Leon</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓