UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, ) | |
| ) | |
| Plaintiff pro se, ) | C. A. No.: 07-1068 (RJL) |
| ) | |
| v. ) | |
| ) | |
| KAREN GIKAS, Special Agent, Immigration ) | |
| and Customs Enforcement, U.S. Department ) | |
| of Homeland Security, and ) | |
| UNKNOWN AGENTS, Immigration and ) | |
| Customs Enforcement, U.S. Department ) | |
| of Homeland Security, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SECOND MOTION FOR ENLARGEMENT
### OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Karen Gikas and defendants Unknown Agents, Immigration and Customs Enforcement, U.S. Department of Homeland Security, by counsel, hereby move for a thirty day enlargement of time in which to file their responses to the complaint filed by plaintiff pro se Antoine Jones. The requested enlargement is justified because undersigned counsel has been extremely busy conducting discovery and preparing dispositive motions in other cases over the past thirty days, and, despite diligently attempting to do so, has been unable to complete preparation of defendants' response to plaintiff's complaint in conjunction with these other obligations. Undersigned counsel expects that with the additional time requested he will be able to complete a dispositive motion responsive to plaintiff's complaint on behalf of defendants.

The requested thirty day enlargement of time for the filing of defendants' response to the complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this second request for an enlargement of time to respond to the complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that the deadline for filing a responsive pleading in this case be enlarged from October 1, 2007 to October 31, 2007.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

    Antoine Jones
    DC 241-912
    RIVERS CORRECTIONAL INSTITUTION
    Inmate Mail/Parcels
    P.O. Box 630
    Winton, NC 27986

this 1st day of October, 2007.

                                             _____//_____
                                             ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE JONES,** | ) |
| | ) |
| Plaintiff pro se, | )   C. A. No.: 07-1068 (RJL) |
| | ) |
| v. | ) |
| | ) |
| **KAREN GIKAS**, Special Agent, Immigration | ) |
| and Customs Enforcement, U.S. Department | ) |
| of Homeland Security, and | ) |
| **UNKNOWN AGENTS**, Immigration and | ) |
| Customs Enforcement, U.S. Department | ) |
| of Homeland Security, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

**UPON CONSIDERATION** of defendants's second motion for enlargement of time,  it is hereby **ORDERED** that the motion is **GRANTED**.  Defendants shall respond to Plaintiff's Complaint on or before October 31, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.