UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>KAREN GIKAS, Special Agent, Immigration )<br>and Customs Enforcement, U.S. Department )<br>of Homeland Security, and )<br>UNKNOWN AGENTS, Immigration and )<br>Customs Enforcement, U.S. Department )<br>of Homeland Security, )<br>)<br>Defendants. )<br>)<br>_____ ) | C. A. No.: 07-1068 (RJL) |

**THIRD MOTION FOR ENLARGEMENT**
**OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

    Defendant Karen Gikas and defendants Unknown Agents, Immigration and Customs Enforcement, U.S. Department of Homeland Security, by counsel, hereby move for a one week enlargement of time in which to file their response to the Complaint filed by plaintiff pro se Antoine Jones. The requested enlargement is justified because undersigned counsel only received certain documentation in support of a dispositive motion on defendants' behalf on October 30, 2007, the day before the present filing deadline, and, because of conflicting obligations, will not be able to finalize defendant's response to the Complaint by October 31, 2007. The delay in receiving this information from defendant was caused by the extremely burdensome caseload being handled by agency counsel in this matter. Undersigned counsel requests an additional week to utilize the information just received from the agency to prepare a

dispositive motion responsive to the Complaint in this case.

The requested additional one week enlargement of time for the filing of defendants' response to the Complaint would be in the interests of justice and would not prejudice plaintiff pro se in this matter. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this second request for an enlargement of time to respond to the Complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that the deadline for filing a responsive pleading in this case be enlarged one week from October 31, 2007 to November 7, 2007.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Antoine Jones
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986

this 31st day of October, 2007.

_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINE JONES, | ) | |
| | ) | |
| Plaintiff pro se, | ) | C. A. No.: 07-1068 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN GIKAS, Special Agent, Immigration and Customs Enforcement, U.S. Department of Homeland Security, and UNKNOWN AGENTS, Immigration and Customs Enforcement, U.S. Department of Homeland Security, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**UPON CONSIDERATION** of defendants's third motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before November 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.