UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**

Antoine Jones
DC# 241-912
1901 D Street, SE
Washington, DC 20003
Plaintiff

Jury Trial

NOV 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-V-

Civil Action No. 07- 1068 RJL

Defendants
Agent Katerina Gikas, DHS, ICE
  And Unknown Agents

Motion to Supplement Original Complaint Filed *pro se* by Plaintiff

Plaintiff, Antoine Jones, comes before this court to request the Courts to allow the supplemental to attach to the original complaint.

Plaintiff Antoine Jones is currently housed at the District of Columbia Jail in Washington, DC. Plaintiff Jones has not received any response from the Court or the defendant (or counsel) regarding the matter of Antoine Jones v Katerina Gikas and Unknown ICE Agents.

Plaintiff Jones herewith submits a monetary amount in damages. Plaintiff is asking to be awarded $5,000,000.00 (Five million dollars) in monetary damages from the defendants for invading the plaintiff's privacy in the illegal entry of Summit Circle apartment, and breaking and entering the Hampton Blvd warehouse, and perjury committed during the Grand Jury trial and trial of *US v Jones, et al. CR-05-0386*. Plaintiff is suing Special Agent Katerina Gikas and all *unknown* ICE agents who entered Summit Circle apartment and who entered the Hampton Blvd warehouse, all in their individual capacity and their employer.

As noted in Plaintiff's original filing, the correct mailing address for Plaintiff Antoine Jones is:

Antoine Jones
DCDC #241-912
1901 D Street, SE
Washington, DC 20003

Plaintiff requests the Defendant's and/or their counsel make the correct mailing address notation and respond to plaintiff at this address unless notified otherwise by plaintiff.

*Antoine Jones* 10-19-2007