UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINE JONES, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No.: 07-1068 (RJL) |
| v. | ) |
| KATERINA GIKAS, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF FILING CERTIFICATE OF SERVICE**

Please note Defendants' filing of the attached Certificate of Service for Defendants' Motion to Stay Civil Proceedings During Pendency of Criminal Trial.

Respectfully submitted,

_____//_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____//_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____//_____
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Room 4218E
Washington, D.C. 20530
(202) 514-7236

##### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

  Antoine Jones
  DC 241-912
  1901 D Street, SE
  Washington, DC 20003

this 7th day of November, 2007.

               _____//_____
               ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

    Antoine Jones
    DC 241-912
    1901 D Street, SE
    Washington, DC 20003

this 7th day of November, 2007.

                          _____//_____
                          ASSISTANT UNITED STATES ATTORNEY