UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 7 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES,      :
                    :
         Plaintiff, :
                    :
v.                  :   Civil Action No. 07-1068 (RJL)
                    :
KATERINA GIKAS, *et al.*, :
                    :
         Defendants. :

## ORDER

Defendants move to stay all proceedings in this action until the conclusion of the upcoming criminal trial in which plaintiff is a defendant. Plaintiff is advised that the Court will rule on defendants' motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to it. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). In addition, plaintiff's attention is directed to Rule 6(e) of the Federal Rules of Civil Procedure, which provides:

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the prescribed period would otherwise expire[.]

Fed. R. Civ. P. 6(e). The Court may treat as conceded any motion not opposed within the time

1

limits outlined above.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above.

Accordingly, it is hereby

ORDERED that plaintiff shall file his opposition or other response to defendants' motion to dismiss by **December 7, 2007**.  If plaintiff fails to respond timely, the Court may grant defendants' motion as conceded.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 12/5/07