UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTOINE JONES, :
:
      Plaintiff, :
:
v. : Civil Action No. 07-1068 (RJL)
:
KATERINA GIKAS, *et al.*, :
:
      Defendants. :

### ORDER

On November 7, 2007, defendants filed a motion to stay all proceedings in this action until the conclusion of the upcoming criminal trial in which plaintiff is a defendant. On December 7, 2007, the Court issued, in error, an Order directing plaintiff to file his opposition or other response to the motion by December 7, 2007. The Court acknowledges that the deadline set forth in the December 7, 2007 Order was unreasonable. Notwithstanding this error, review of the docket does not reflect any effort on plaintiff's part either to file his opposition or to request more time to do so.

Accordingly, it is hereby

ORDERED that defendants' motion to stay [Dkt. #13] is GRANTED. It is further

ORDERED that defendants shall file their response to Plaintiff's Complaint within thirty days of the conclusion of the trial in United States v. Antoine Jones, et al., Crim. No. 05-386 (ESH).

SO ORDERED.

                                                      RICHARD J. LEON
                                                      United States District Judge

Date: 1/3/08