UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES,           )<br>                          )<br>   Plaintiff pro se,     )<br>                          )<br>   v.                     )<br>                          )<br>KAREN GIKAS, Special Agent, Immigration  )<br>and Customs Enforcement, U.S. Department )<br>of Homeland Security, and                )<br>UNKNOWN AGENTS, Immigration and          )<br>Customs Enforcement, U.S. Department     )<br> of Homeland Security,                   )<br>                          )<br>   Defendants.            )<br>                          )<br>_____) | C. A. No.: 07-1068 (RJL) |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Karen Gikas and defendants Unknown Agents, Immigration and Customs Enforcement, U.S. Department of Homeland Security, by counsel, hereby move for an extension of time to May 27, 2008 in which to file their response to plaintiff's complaint. The enlargement of time is justified for the following reasons:

1. In its order of January 4, 2008, this Court granted defendants' motion to stay civil proceedings during pendency or criminal trial, and ordered that "defendants shall file their response to Plaintiff's Complaint within thirty days of the conclusion of the trial in <u>United States v. Antoine Jones, et al.</u>, Crim. No. 05-386 (ESH)." (Docket #16).

2. Plaintiff's sentencing in the above criminal case is presently set to take place on April 24, 2008.

3. Because plaintiff's criminal proceedings will conclude with his April 24, 2008 sentencing, defendants request that the Court enter an order specifying that their response plaintiff's instant civil action is to be filed within thirty days of this sentencing date.

4. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this motion for an extension of time to respond to the Complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that their deadline for filing a responsive pleading in this case be extended to May 27, 2008.

Respectfully submitted,

___/s_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


__/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Antoine Jones
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986

this 2nd day of April, 2008.

    _____//_____
    ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINE JONES,** )<br>)<br>Plaintiff pro se, )<br>)<br>v. )<br>)<br>**KAREN GIKAS,** Special Agent, Immigration )<br>and Customs Enforcement, U.S. Department )<br>of Homeland Security, and )<br>**UNKNOWN AGENTS,** Immigration and )<br>Customs Enforcement, U.S. Department )<br>of Homeland Security, )<br>)<br>**Defendants.** )<br>) | C. A. No.: 07-1068 (RJL) |

## ORDER

**UPON CONSIDERATION** of defendants's motion for extension of time to respond to complaint, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before May 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.