UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINE JONES, ) | |
| ) | |
| Plaintiff pro se, ) | C. A. No.: 07-1068 (RJL) |
| ) | |
| v. ) | |
| ) | |
| KAREN GIKAS, Special Agent, Immigration ) | |
| and Customs Enforcement, U.S. Department ) | |
| of Homeland Security, and ) | |
| UNKNOWN AGENTS, Immigration and ) | |
| Customs Enforcement, U.S. Department ) | |
| of Homeland Security, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Karen Gikas and defendants Unknown Agents, Immigration and Customs Enforcement, U.S. Department of Homeland Security, by counsel, hereby move for an extension of time to June 2, 2008 in which to file their response to plaintiff's complaint. The enlargement of time is justified for the following reasons:

1. In their April 2, 2008 motion (Docket #17), defendants moved to extend the time to respond to plaintiff's complaint to thirty days after plaintiff's sentencing in United States v. Antoine Jones, et al., Crim. No. 05-386 (ESH).

2. At the time defendants filed the above motion, plaintiff's sentencing was scheduled to take place on April 24, 2008.

3. In fact, plaintiff was sentenced on May 2, 2008. Therefore, because plaintiff's criminal proceedings concluded with his May 2, 2008 sentencing date, defendants request that the Court enter an order specifying that their response plaintiff's instant civil action is to be filed within thirty days of this sentencing date.

4. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this motion for an extension of time to respond to the Complaint, because plaintiff pro se is presently incarcerated.

Wherefore, defendants move that their deadline for filing a responsive pleading in this case be extended to June 2, 2008.

Respectfully submitted,

\_\_\_/s /_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by first class mail, postage prepaid upon plaintiff pro se,

Antoine Jones
DC 241-912
RIVERS CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. Box 630
Winton, NC 27986

this 27th day of May, 2008.

_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINE JONES,** | ) | |
| | ) | |
| Plaintiff pro se, | ) | C. A. No.: 07-1068 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| **KAREN GIKAS, Special Agent, Immigration** | ) | |
| **and Customs Enforcement, U.S. Department** | ) | |
| **of Homeland Security, and** | ) | |
| **UNKNOWN AGENTS, Immigration and** | ) | |
| **Customs Enforcement, U.S. Department** | ) | |
| **of Homeland Security,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of defendants's amended motion for extension of time to respond to complaint, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before June 2, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.