UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| ANTOINE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1068 (RJL) |
| | ) | |
| KAREN GIKAS *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED; and it is further

ORDERED that all pending motions are DENIED as moot.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

RICHARD J. LEON
United States District Judge

Date:

5/27/08